January 8, 2020

Bradley C. Mascho
Reg. #63551-037
P.O. Box 725
FCI Edgefield CAMP
Edgefield, SC 29824

Clerk
United States District Court
District of Maryland
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770



JAN 1 6 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

    Re:   United States v. Dawn J. Bennett,
           Crim. No. PX-17-00472
           **FORFEITURE CLAIM**

To the Clerk:

    Enclosed please find my Claim for proceeds of forfeiture proceedings related to Dawn Bennett.

    Thank you for your consideration.

                                      Respectfully submitted,

                                      *BC Mascho*
                                      Bradley C. Mascho

Enclosure