BENNETT GROUP FINANCIAL  
September 30, 2013

Page 3 of 3  
0070137427

| Date | Description | Additions |
|---|---|---|
| 09-12 | ACH Deposit<br>JPMORGAN CL CORP DEPOSIT 130912<br>BENNETT GROUP FINANCIA | 50,000.00 |
| 09-13 | Cash Mgmt Trsfr Cr<br>REF 256169L FUNDS TRANSFER FRMDEP 70256482 FROM | 56,800.00 |
| 09-23 | Cash Mgmt Trsfr Cr<br>REF 2660915L FUNDS TRANSFER FRMDEP 70256482 FROM | 24,000.00 |
| 09-27 | Cash Mgmt Trsfr Cr<br>REF 2700827L FUNDS TRANSFER FRMDEP 70256482 FROM | 39,500.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 24,883.26 | 09-13 | 97,263.57 | 09-24 | 37,812.95 |
| 09-09 | -1,280.91 | 09-18 | 96,502.05 | 09-26 | 37,390.51 |
| 09-10 | 19,119.09 | 09-20 | 84,196.15 | 09-27 | 70,171.71 |
| 09-12 | 68,463.57 | 09-23 | 95,912.90 | 09-30 | 49,568.71 |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $150.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with United Bank*

L 1365 -5924

EXHIBIT 2