⇔63551-037⇔
Bradley Mascho
Reg# 63551-037
P O BOX 725
FCI Edgefield CAMP
Edgefield, SC 29824
United States








JAN 1 6 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

⇔63551-037⇔
Clerk Us District Court
6500 Cherrywood LN
Suite 200
Greenbelt, MD 20770
United States